IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

VIRGINIA A. ELDER                                                                                         PLAINTIFF

v.                              Case No. 2:11-CV-02244

MICHAEL FITZHUGH; STEPHEN TABOR;
and JOHN MAUZY PITTMAN                                                                      DEFENDANTS

**O R D E R**

Currently before the Court is the Report and Recommendation (Doc. 4) filed in this case on January 19, 2012, by the Honorable James R. Marschewski, Chief United States Magistrate Judge for the Western District of Arkansas.  More than fourteen (14) days have passed without objections being filed by the parties.

The Court has reviewed this case and, being well and sufficiently advised, finds as follows: The Report and Recommendation is proper and should be and hereby is **ADOPTED IN ITS ENTIRETY**.  Accordingly, for the reasons stated in the Magistrate Judge's Report and Recommendations, Plaintiff's Motion to proceed *in forma pauperis* (Doc. 2) is **DENIED** and Plaintiff's Complaint is **DISMISSED WITH PREJUDICE**.

IT IS SO ORDERED this 21st day of February, 2012.

/s/ P. K. Holmes, III
P.K. HOLMES, III
UNITED STATES DISTRICT JUDGE